## TEMPORARY CONSTRUCTION EASEMENT
### AND RIGHT-OF-ENTRY

THIS AGREEMENT, made and entered into this _____ day of _____, 2009, by and between **MJR ONE, LLC a Colorado Limited Liability Company**, hereinafter and collectively referred to as the Owner, and **ADAMS COUNTY, a body politic**, hereinafter and collectively referred to as the County:

WITNESS, that for and in consideration of Eight Hundred and 00/100 Dollars ($800.00), the receipt and sufficiency of which is hereby confessed and acknowledged, the Owner does hereby grant unto the County, its contractors and assigns, a temporary construction easement and right-of-entry over the following property, to wit:

The Temporary Construction Easement area TE-16 is as demonstrated on the Temporary Construction Easement Plans (sheet number 4) attached hereto.

Said easement and right-of-entry is for the purpose of construction of a new driveway entrance from 62nd Avenue onto the existing parking lot of Owner, including modifying driveway approaches and repairing existing landscaping to match new construction. All work shall be done at the expense of the County.

In further consideration of the granting of this easement, it is hereby agreed that all work performed by the County, its successors and assigns, in connection with this easement shall be done with care. Following completion of the work performed the surface of the property damaged during construction shall be restored reasonably similar to its original condition, or as close thereto as possible, except as necessarily modified to accommodate the street improvements being installed.

This easement shall start 30 days after the County gives written notice to the Owner and shall terminate six (6) months thereafter. The Owner also grants to the County the option to extend this Temporary Construction Easement and Right-of Entry for three (3) month periods for a total period not to exceed one year from the date of expiration hereof. Owner shall be compensated on the basis of $0.10 per square foot for any such temporary easement so extended. The County shall provide notice in writing to the Owner thirty (30) days prior to expiration of each extension period. At the end of the term and any extension thereto, all rights granted under this Temporary Construction Easement and Right-of Entry are released and the Property shall be considered free and clear of this Temporary Construction Easement and Right-of Entry.

Owner: **MJR ONE, LLC, A COLORADO LIMITED LIABILITY COMPANY**

By: _____

Title: _____

STATE OF COLORADO )
                     ) ss
COUNTY OF ADAMS )

The foregoing instrument was acknowledged before me this _____ day of _____, 2009, by _____ as _____ of MJR One, LLC, Owner.

IN WITNESS WHEREOF, I have hereto set my hand and official seal.

_____
Notary Public

My commission expires: _____





Exhibit A
to the Temporary Construction Easement
and Right of Entry between
MJR. One, LLC and
Adams County, Colorado

## RIGHT-OF-WAY AGREEMENT

This Agreement is made and entered into by and between **MJR TWO, LLC a Colorado limited liability company**, whose address is 1400 West 62nd Avenue, Denver, Colorado 80221 ("Owner"), and the **COUNTY OF ADAMS**, State of Colorado, a body politic, whose address is 450 South 4th Avenue, Brighton, Colorado, 80601 ("County") for the conveyance of rights of ways and temporary easements on property located south of West 62nd Avenue, between Huron Street and Pecos Street, Adams County, Colorado, (hereinafter the "Property") for the West 62nd Parkway – Pecos Street to Huron Street Project (the "Project"). The legal descriptions for the rights of ways and temporary easements on said Property are set forth in **Exhibit "A"** attached hereto and incorporated herein by this reference.

The compensation agreed to by the Owner and the County for the acquisition of the Property described herein is **One Hundred Twenty Two Thousand, Seven Hundred Fifty and 00/100 Dollars ($122,750.00)** including the performance of the terms of this Agreement, the sufficiency of which is hereby acknowledged. This consideration has been agreed upon and between the parties as the total just compensation due to the Owner and the consideration shall be given and accepted in full satisfaction of this Agreement.

In consideration of the above premises and the mutual promises and covenants below, the Owner and the County agree to the following:

1.      The Owner hereby warrants that the Owner is the sole Owner of the Property, that the Owner owns the Property in fee simple subject only to matters of record and that the Owner has the power to enter into this Agreement.

2.      The Owner agrees to execute and deliver to the County the following documents:

  A.      Warranty Deeds for Fee Right of Way for parcels 1 and 1A;
  B.      Temporary Construction Easements for parcels TE-1 and TE-1A;

Upon tender by the County of a warrant (check) for the compensation agreed upon as soon as possible following the execution of this Agreement with an expected date to be on or after **July 24, 2009**. The form of the conveyance documents referenced above shall be as demonstrated on **Exhibit "B"**, attached hereto. Owner represents to County that at closing Owner will have and will convey to County good, merchantable and insurable title to the Property, including fee simple title to the Property described as right of way and fee parcel attached as Exhibit "A", subject only to prorated general real estate taxes on said Property for the current year and to any burdens, easements, rights-of-way, agreements, reservations, restrictions and encumbrances described in the title commitment approved by County as hereinafter provided (the "Permitted Exceptions").

3.      It is agreed by the parties hereto that upon payment by the County of the consideration referenced above into escrow with a qualified title company and for the benefit of the Owner, that the Owner irrevocably grants to the County possession and use of the rights-of-way and temporary easements on the Property upon execution of this

**EXHIBIT**

ALL-STATE LEGAL®

B

Agreement by the Owner and the County. This grant of possession shall remain in effect with respect to the said property until such time as the County obtains from the Owner General Warranty Deeds for the right-of-way and easements for the temporary construction easements.

4.    The County through its contractor shall assure that reasonable access shall be maintained to the Owner's property at all times for ingress and egress. If necessary, any full closure of access shall be coordinated between the contractor and the Owner and/or its agent.

5.    The Owner has entered into this Agreement acknowledging that the County has the power of eminent domain and requires the Property for a public purpose.

6.    If the Owner fails to consummate this agreement for any reason, except the County's default, the County may at its option, enforce this agreement by bring an action against the Owner for specific performance.

7.    This Agreement contains all agreements, understandings and promises between the Owner and the County relating to the Project and shall be deemed a contract binding upon the Owner and County and extending to the successors, heirs and assigns.

8.    This Agreement has been entered into in the State of Colorado and shall be governed according to the laws thereof.

**Owner(s):**    **MJR TWO, LLC,** a Colorado limited liability company

By: _____

Title: _____

Date: _____

**Approved:**

BOARD OF COUNTY COMMISSIONERS-COUNTY OF ADAMS, STATE OF COLORADO

_____
Chairman

_____
Date

Approved as to Form:

_____

EXHIBIT A

# MJR TWO, LLC

## WEST 62ND AVENUE REALIGNMENT
## PARCEL NO. 1

### DATE: January 6, 2009

### DESCRIPTION

A tract or parcel of land No. 1, containing 28,864 sq. ft. (0.663 acres), more or less, being a portion of Lot 1, Block 1, Pecos I-76 Industrial Park, Filing No. 5, located in the S ½ of the NE ¼ of Section 9, Township 3 South, Range 68 West, of the 6th Principal Meridian, in Adams County, Colorado, said tract or parcel being more particularly described as follows:

Commencing at a point, whence the Northeast corner of the SW ¼ NE ¼ of said Section 9 (a 3 ½" Aluminum Cap – PLS 6973), bears N 06°13'04" W, a distance of 473.38 feet, said point also being on the westerly Right-of-Way line of Lipan Street, and said point also being the Southeast corner of said Lot 1, Block 1, the TRUE POINT OF BEGINNING;

1. Thence along the southerly line of said Lot 1, Block 1, S 60°09'11" W, a distance of 571.67 feet to the Southwest corner of said Lot 1, Block 1;

2. Thence along the westerly line of said Lot 1, Block 1, N 01°59'27" W, a distance of 66.22 feet;

3. Thence on a non-tangent curve to the left a distance of 479.94 feet, said curve has a radius of 1180.00 feet, a central angle of 23°18'13", and a long chord bearing N 58°25'25" E, a distance of 476.64 feet;

4. Thence N 46°46'18" E, a distance of 47.42 feet to a point on the westerly Right-of-Way line of Lipan Street;

5. Thence along said Right-of-Way line S 42°03'50" E, a distance of 85.85 feet, more or less, to the TRUE POINT OF BEGINNING.

The above described parcel contains 28,864 sq. ft. (0.663 acres), more or less.

Basis of Bearings: Bearings are based on the north line of the SE ¼ of the NE ½ of Section 9, Township 3 South, Range 68 West, of the 6th Principal Meridian, being N 89°53'58" E. The west end being the Northeast corner of the SW ½ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 6973, in a range box) and the east end being the Northeast corner of the SE ¼ of the NE ¼ of said Section 9 (a 3 ½" Aluminum Cap – PLS 23519, in a range box).

Prepared by
Micheal L. Bouchard, PLS #24941
For and on behalf of
Farnsworth Group, Inc.
5801 N. Union Blvd., Suite 100
Colorado Springs, CO 80918



**EXHIBIT B**
PARCEL NO. 1
S1/2 NE1/4 SECTION 9
T. 3 S., R. 68 W. OF THE 6TH P.M.,
ADAMS COUNTY, COLORADO

Parcel 1A

### EXHIBIT "A"
### TO WARRANTY DEED
### BETWEEN
### MJR TWO, LLC
### AND
### THE COUNTY OF ADAMS, STATE OF COLORADO

A parcel of land located in the Southwest One Quarter of the Northeast One Quarter of Section 9, Township 3 South, Range 68 West of the 6th Principal Meridian, County of Adams, State of Colorado, being a part of Lot 1, Block 1, Pecos – I-76 Industrial Park Filing No. 5, a subdivision recorded in the Office of the Adams County Clerk and Recorder in File 18 at Map 487 under Reception No. C0836426, said parcel being more particularly described as follows:

Beginning at the Northeast corner of said Lot 1, thence S00°02'36"W along the east line of said Lot 1 and the west right-of-way line of Lipan Street a distance of 133.21 feet; thence N22°16'41"W a distance of 102.06 feet to a point on the northerly line of said Lot 1and the southerly right-of-way line of West 62nd Avenue; thence N77°15'16"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 17.70 feet; thence N29°35'09"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 39.57 feet; thence N77°15'24"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 2.04 feet to the Point of Beginning.

Containing 2,353 square feet or 0.054 acres, more or less.

Basis of Bearings: Bearings are based on the north line of the SE ¼ of the NE ¼ of Section 9,Township 3 South, Range 68 West, of the 6th Principal Meridian, being N 89°53'58" E. The west end being the Northeast corner of the SW ¼ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap –PLS 6973, in a range box) and the east end being the Northeast corner of the SE ¼ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 23519, in a range box).

Legal description prepared by John P. Wolken, Adams County Public Works Department, 12200 North Pecos Street, Westminster, Colorado 80234, based on project information provided by HDR Engineering, Inc.
MJRTwo1A-9

Exhibit A

Parcel 1A
to the Warranty Deed between
MJR,Two, LLC and
Adams County, Colorado



EXHIBIT
PARCEL NO. 1
S1/2 NE1/4 SECTION 9
T.3.S., R. 68 W. OF THE 6TH P.M.,
ADAMS COUNTY, COLORADO

Project No./Code
IMP2009-00003

**EXHIBIT A**
Right of Way Agreement
MJR Two, LLC
and
County of Adams, Colorado

Legal Descriptions for Fee Parcels 1 and 1A:

Temporary Construction Easements TE-1 (as demonstrated on sheet 1 of 5 of the right of way plan sheets) and TE-1A (as demonstrated on the attached exhibit) attached hereto

## MJR TWO, LLC

### WEST 62ND AVENUE REALIGNMENT
### PARCEL NO. 1

#### DATE: January 6, 2009

#### DESCRIPTION

A tract or parcel of land No. 1, containing 28,864 sq. ft. (0.663 acres), more or less, being a portion of Lot 1, Block 1, Pecos I-76 Industrial Park, Filing No. 5, located in the S ½ of the NE ¼ of Section 9, Township 3 South, Range 68 West, of the 6th Principal Meridian, in Adams County, Colorado, said tract or parcel being more particularly described as follows:

Commencing at a point, whence the Northeast corner of the SW ¼ NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 6973), bears N 06°13'04" W, a distance of 473.38 feet, said point also being on the westerly Right-of-Way line of Lipan Street, and said point also being the Southeast corner of said Lot 1, Block 1, the TRUE POINT OF BEGINNING:

1.  Thence along the southerly line of said Lot 1, Block 1, S 60°09'11" W, a distance of 571.67 feet to the Southwest corner of said Lot 1, Block 1;

2.  Thence along the westerly line of said Lot 1, Block 1, N 01°59'27" W, a distance of 66.22 feet;

3.  Thence on a non-tangent curve to the left a distance of 479.94 feet, said curve has a radius of 1180.00 feet, a central angle of 23°18'13", and a long chord bearing N 58°25'25" E, a distance of 476.64 feet;

4.  Thence N 46°46'18" E, a distance of 47.42 feet to a point on the westerly Right-of-Way line of Lipan Street;

5.  Thence along said Right-of-Way line S 42°03'50" E, a distance of 85.85 feet, more or less, to the TRUE POINT OF BEGINNING.

The above described parcel contains 28,864 sq. ft. (0.663 acres), more or less.

Basis of Bearings: Bearings are based on the north line of the SE ¼ of the NE ½ of Section 9, Township 3 South, Range 68 West, of the 6th Principal Meridian, being N 89°53'58" E. The west end being the Northeast corner of the SW ½ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 6973, in a range box) and the east end being the Northeast corner of the SE ¼ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 23519, in a range box).

Prepared by
Micheal L. Bouchard, PLS #24941
For and on behalf of
Farnsworth Group, Inc.
5801 N. Union Blvd., Suite 100
Colorado Springs, CO 80918



LEGEND

*POB* POINT OF BEGINNING

• CHANGE IN COURSE ONLY

NOTE:

THIS IS NOT A MONUMENTED SURVEY. IT IS INTENDED ONLY TO BE A GRAPHIC DEPICTION OF THE ATTACHED DESCRIPTION. TITLE INFORMATION PROVIDED BY EMPIRE TITLE NORTH, LLC & ADAMS COUNTY.

0   50   100
SCALE: 1"=100'

NE COR
SW1/4 NE1/4
SEC 9

*P E C O S   1 - 7 6
I N D U S T R I A L
P A R K
F I L I N G
N O. 5*

ACCESS EASEMENT
RECEPTION NO. C0794800

*LIPAN STREET*

*LOT 1
BLOCK 1*

PARCEL 1
OWNER: MJR TWO, LLC
28,864 SQ FT
0.663 ACRES

N46°46'18"E

S42°03'50"E

POB

Δ=23°18'13"
R=1180.00'
L=479.94'
CB=N58°25'25"E
CL=476.64

PROPOSED RIGHT-OF-WAY

PROPOSED RIGHT-OF-WAY

N01°59'27"W
66.22'

*P E C O S
1 - 7 6
I N D U S T R I A L
P A R K
F I L I N G   N O. 3
R E P L A T   1*

*P E C O S   1 - 7 6
I N D U S T R I A L
P A R K
F I L I N G   N O. 6*

Farnsworth GROUP

5801 N. UNION BLVD. SUITE 100
COLORADO SPRINGS, CO 80918
(719) 590-9194 / (719) 590-9111 Fax

EXHIBIT B
PARCEL NO. 1
S1/2 NE1/4 SECTION 9
T. 3 S., R. 68 W. OF THE 6TH P.M.,
ADAMS COUNTY, COLORADO

Project No. 306066.03
Drawn By        jaf
Approved
Date        12/31/08
Revised

1 of 1

Parcel 1A

**EXHIBIT "A"**
**TO WARRANTY DEED**
**BETWEEN**
**MJR TWO, LLC**
**AND**
**THE COUNTY OF ADAMS, STATE OF COLORADO**

A parcel of land located in the Southwest One Quarter of the Northeast One Quarter of Section 9, Township 3 South, Range 68 West of the 6th Principal Meridian, County of Adams, State of Colorado, being a part of Lot 1, Block 1, Pecos – I-76 Industrial Park Filing No. 5, a subdivision recorded in the Office of the Adams County Clerk and Recorder in File 18 at Map 487 under Reception No. C0836426, said parcel being more particularly described as follows:

Beginning at the Northeast corner of said Lot 1, thence S00°02'36"W along the east line of said Lot 1 and the west right-of-way line of Lipan Street a distance of 133.21 feet; thence N22°16'41"W a distance of 102.06 feet to a point on the northerly line of said Lot 1and the southerly right-of-way line of West 62nd Avenue; thence N77°15'16"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 17.70 feet; thence N29°35'09"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 39.57 feet; thence N77°15'24"E along the northerly line of said Lot 1 and the southerly right-of-way line of West 62nd Avenue a distance of 2.04 feet to the Point of Beginning.

Containing 2,353 square feet or 0.054 acres, more or less.

Basis of Bearings: Bearings are based on the north line of the SE ¼ of the NE ¼ of Section 9,Township 3 South, Range 68 West, of the 6th Principal Meridian, being N 89°53'58" E. The west end being the Northeast corner of the SW ¼ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap –PLS 6973, in a range box) and the east end being the Northeast corner of the SE ¼ of the NE ¼ of said Section 9 (a 3 ¼" Aluminum Cap – PLS 23519, in a range box).

Legal description prepared by John P. Wolken, Adams County Public Works Department, 12200 North Pecos Street, Westminster, Colorado 80234, based on project information provided by HDR Engineering, Inc.
MJRTwo1A-9

Exhibit A
MJR Two, LLC
West 62nd Avenue Realignment
Parcel 1A



LEGEND
POB POINT OF BEGINNING
•   CHANGE IN COURSE ONLY

NOTE:
THIS IS NOT A MONUMENTED SURVEY.
IT IS INTENDED ONLY TO BE A GRAPHIC
DEPICTION OF THE ATTACHED
DESCRIPTION. TITLE INFORMATION
PROVIDED BY

TEMPORARY EASEMENT
OWNER: MJR TWO, LLC
1,369 SQ FT

WEST 62ND AVE

10' UTIL EASEMENT

PARCEL 1A
OWNER: MJR TWO, LLC
2,353 SQ FT
0.054 ACRES

PECOS I-76
INDUSTRIAL
PARK, FILING NO. 2
LOT 2

WARRANTY DEED
REC #C0851745
RECORDED 09/04/2001

PECOS I-76 INDUSTRIAL
PARK, FILING NO. 2
FILE 18, MAP 425, REC #C0794300
RECORDED 05/02/2001
WARRANTY DEED
REC #C0851746
RECORDED 09/04/2001

N 77°15'24" E
2.04'

N 29°35'09" E
39.57'

N 77°15'16" E
17.70'

S 32°14'28" E
88.31'

S 61°18'57" E
12.95'

PCB

225.34'   N32°13'15"E

NE COR
SW1/4 NE1/4
SEC 9

OWNER
EP INVESTMENTS, LLC
REC #20060417000389690
PARCEL #0182509107001

GRISWOLD SUBD.
TRACT "A"

LIPAN STREET

LOT 1, BLOCK 1
PECOS I-76 INDUSTRIAL
PARK, FILING NO. 5

WEST 62ND PARKWAY

N

LOT 1, BLOCK 2
PECOS I-76 INDUSTRIAL
PARK, FILING NO. 6

1"=100'

PECOS I-76 INDUSTRIAL
PARK, FILING NO. 6
LOT 2, BLOCK 2

EXHIBIT
PARCEL NO. 1
S1/2 NE1/4 SECTION 9
T.3.S., R. 68 W. OF THE 6TH P.M.,
ADAMS COUNTY, COLORADO

Project No./Code
IMP2009-00003

## EXHIBIT B
Right of Way Agreement
MJR Two, LLC
and
County of Adams, Colorado

Warranty Deed for right of way for parcels 1 and 1-A;

Temporary Construction Easement (TE-1 and TE-1A)

### WARRANTY DEED

THIS DEED, dated this _____ day of 2009, between MJR TWO, LLC a Colorado limited liability company of the County of Adams and State of Colorado, grantor(s), and The County of Adams, State of Colorado, whose legal address is 450 South 4th Avenue, Brighton, Colorado 80601 of the said County of Adams and State of Colorado, grantee(s):

WITNESS, that the grantor(s), for and in consideration of the sum of ($10.00) Ten Dollars and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, have granted, bargained, sold and conveyed, and by these presents doth grant, bargain, sell, convey and confirm, unto the grantee(s), its successors and assigns forever, all the real property, together with improvements, if any, situate, lying and being in the said County of Adams, State of Colorado, described as follows:

Legal description as set forth in Exhibit "A" (Parcels 1and 1A) attached hereto and incorporated herein by this reference.

Dedicated for 62nd Parkway
also known by street and number as: vacant land (part of Adams County Assessor's parcel numbers _____)

TOGETHER with all and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the grantee(s), its successors and assigns forever. The grantor(s), for themselves, their heirs and personal representatives, do covenant, grant, bargain and agree to and with the grantee(s), its successors and assigns, that at the time of the ensealing and delivery of these presents, they are well seized of the premises above conveyed, have good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and have good right, full power and authority to grant, bargain, sell and convey the same in manner and form as aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments, encumbrances and restrictions of whatever kind or nature soever, and except 2009 taxes due in 2010 which grantor agrees to pay. This property is being purchased under the threat of condemnation and other factors were included in the determination of the price in addition to fair market value.

The grantor(s) shall and will WARRANT AND FOREVER DEFEND the above bargained premises in the quiet and peaceable possession of the grantee(s), its successors and assigns, against all and every person or persons lawfully claiming the whole or any part thereof.

IN WITNESS WHEREOF, the grantor(s) have executed this deed on the date set forth above.

GRANTORS:   MJR TWO, LLC a Colorado limited liability company

By:  _____

Title:  _____

STATE OF COLORADO        )
                         ): ss.
COUNTY OF ADAMS          )

The foregoing instrument was acknowledged before me in the County of Adams, State of Colorado, this _____ day of _____, 2009 , by _____ as _____ on behalf of MJR TWO, LLC a Colorado limited liability company, Grantor.

My commission expires:_____, 2009.

WITNESS my hand and official seal.

_____
Notary Public

P:\ADAMSCTY\C46#11\MJR Two\ROW Deed 5-26-09.doc

## TEMPORARY CONSTRUCTION EASEMENT
### AND RIGHT-OF-ENTRY

THIS AGREEMENT, made and entered into this _____ day of _____, 2009, by and between **MJR TWO, LLC a Colorado limited liability company**, hereinafter and collectively referred to as the Owner, and **ADAMS COUNTY, a body politic**, hereinafter and collectively referred to as the County:

WITNESS, that for and in consideration of ($10.00) Ten Dollars and other good and valuable consideration the receipt and sufficiency of which is hereby confessed and acknowledged, the Owner does hereby grant unto the County, its contractors and assigns, a temporary construction easement and right-of-entry over the following property, to wit:

The Temporary Construction Easement area consists of parcel TE-1 and TE-1A as demonstrated on the Temporary Construction Easement Plans (sheet number 1) and Exhibit attached hereto as **Exhibit "A"**.

Said easement and right-of-entry is for the purpose of the construction of physical roadway improvements and temporary construction access as a part of this project. All work shall be done at the expense of the County.

In further consideration of the granting of this easement, it is hereby agreed that all work performed by the County, its successors and assigns, in connection with this easement shall be done with care. Following completion of the work performed the surface of the property damaged during construction shall be restored reasonably similar to its original condition, or as close thereto as possible, except as necessarily modified to accommodate the street improvements being installed.

This easement shall start 30 days after the County gives written notice to the Owner and shall terminate six (6) months thereafter. The Owner also grants to the County the option to extend this Temporary Construction Easement and Right-of Entry for three (3) month periods for a total period not to exceed one year from the date of expiration hereof. Owner shall be compensated on the basis of $0.10 per square foot for any such temporary easement so extended. The County shall provide notice in writing to the Owner thirty (30) days prior to expiration of each extension period. At the end of the term and any extension thereto, all rights granted under this Temporary Construction Easement and Right-of Entry are released and the Property shall be considered free and clear of this Temporary Construction Easement and Right-of Entry.

Owner:     **MJR TWO, LLC** a Colorado limited liability company

By:     _____

Title:     _____



STATE OF COLORADO      )
                       ) ss
COUNTY OF ADAMS        )

The foregoing instrument was acknowledged before me this _____ day of _____, 2009,
by _____ as _____ of MJR TWO, LLC a
Colorado limited liability company, Owner.

IN WITNESS WHEREOF, I have hereto set my hand and official seal.

_____
Notary Public

My commission expires: _____

to the Temporary Construction Easement
and Right of Entry between MJR, Two,
LLC and Adams County, Colorado



LEGEND
POB POINT OF BEGINNING
• CHANGE IN COURSE ONLY

NOTE:
THIS IS NOT A MONUMENTED SURVEY
IT IS INTENDED ONLY TO BE A GRAPHIC
DEPICTION OF THE ATTACHED
DESCRIPTION. TITLE INFORMATION
PROVIDED BY

TEMPORARY EASEMENT
OWNER: MJR TWO, LLC
1,369 SQ FT

WEST 62ND AVE

N 29° 35'09" E
39.57'
N 77° 15'16" E
17.70'

N 77° 15'24" E
2.04'

225.34'
N52° 13'15"E

NE COR
SW1/4 NE1/4
SEC 9

OWNER
EP INVESTMENTS, LLC
REC.#20060417000389890
PARCEL #0182509101001

GRISWOLD SUBD.
TRACT "A"

S 32° 14'28" E
88.3!'

S 61° 18'57" E
12.95'

POB

PARCEL 1A
OWNER: MJR TWO, LLC
2,353 SQ FT
0.054 ACRES

PECOS I-76
INDUSTRIAL
PARK, FILING NO. 2
LOT 2

WARRANTY DEED
REC #C0851745
RECORDED 09/04/2001

LOT 1, BLOCK 1
PECOS I-76 INDUSTRIAL
PARK, FILING NO. 5

LIPAN STREET

PECOS I-76 INDUSTRIAL
PARK, FILING NO. 2
FILE 18, MAP 428, REC #C0794300
RECORDED 05/02/2001
WARRANTY DEED
REC #C0851746
RECORDED 09/04/2001

WEST 62ND PARKWAY

LOT 1, BLOCK 2
PECOS I-76 INDUSTRIAL
PARK, FILING NO. 6

N

1"=100'

PECOS I-76 INDUSTRIAL
PARK, FILING NO. 6
LOT 2, BLOCK 2

| EXHIBIT<br>PARCEL NO. 1<br>S1/2 NE1/4 SECTION 9<br>T.3.S., R. 68 W. OF THE 6TH P.M.,<br>ADAMS COUNTY, COLORADO | Project No./Code |
|---|---|
| | IMP2009-00003 |

## AGREEMENT

THIS AGREEMENT made unto this ____day of _____ 2009 by and between **MJR TWO, LLC a Colorado limited liability company** whose address is 1600 West 62nd Avenue, Denver, Colorado 80221 (hereinafter "Owner") and the **COUNTY OF ADAMS, State of Colorado, a body politic,** whose address is 450 South 4th Avenue, Brighton, Colorado 80601(hereinafter "County") as set forth as follows:

WHEREAS, the Owner and the County have entered into an Right of Way Agreement dated _____, 2009 to provide for the acquisition of right of way from Owner to accommodate the County's West 62nd Parkway Construction Project ("Project"); and

WHEREAS, the Owner has requested reimbursement from the County to assist in the costs to install a retaining wall along a portion of Owner's property damaged and lying in proximity to the aforementioned Project; and

NOW, THEREFORE, in consideration of the mutual understandings and agreements as set forth, the Owner and the County agree as follows:

1. At the closing set forth in the aforementioned Right of Way Agreement whereby the Owner shall convey right of way to the County as set forth above, the County shall pay to the Owner the additional sum of $55,000.00 (Fifty-Five Thousand and 00/100 Dollars) as reimbursement for Owner's future cost to assist in the construct of the aforementioned retaining wall. This payment provides full and complete settlement of Owner's request for said reimbursement.

2. This Agreement shall constitute the entire agreement between the parties hereto and shall supersede all prior contracts, proposals, representations, negotiations, whether written or oral, pertaining to this Agreement.

IN WITNESS WHEREOF, the Parties who caused this Agreement to be executed by their duly authorized officers on the date first appearing above.

Owner:     MJR TWO, LLC a Colorado limited liability company

By: _____

Title: _____

Approved:     BOARD OF COUNTY COMMISSIONERS – COUNTY OF ADAMS, STATE OF COLORADO

_____
Chairman

_____
Date

Approved as to form:

_____
County Attorney

P:\ADAMSCTY\C46#11\MJR Two\Retaining Wall Agreement 5-27-09.doc

**EXHIBIT**

ALL-STATE LEGAL®

B-2

STATE OF COLORADO          )
COUNTY OF ADAMS            )

At a regular meeting of the Board of County Commissioners for Adams County, Colorado, held at the Administration Building in Brighton, Colorado on the 8ᵗʰ day of June, 2009 there were present:

Larry W. Pace _____ Chairman
Alice J. Nichol_____Commissioner
W.R. "Skip" Fischer _____ Commissioner
Hal B. Warren_____ County Attorney
Kristen Hood, Deputy_____ Clerk of the Board

when the following proceedings, among others were held and done, to-wit:

## RESOLUTION APPROVING AN AGREEMENT WITH MJR TWO, LLC A COLORADO LIMITED LIABILITY COMPANY FOR REIMBURSEMETN FOR THE WEST 62ND PARKWAY IMPROVEMENT PROJECT BETWEEN LIPAN STREET AND PECOS STREET.

WHEREAS, Adams County is in the process of acquiring right-of-way for the West 62nd Parkway improvement project between Lipan Street and Pecos Street ("Project"); and,

WHEREAS, the Owner and the County will be entering into a Right of Way Agreement to provide for the acquisition of right of way from Owner to accommodate the County's West 62nd Parkway Construction Project ("Project"); and,

WHEREAS, the Owner, as a condition of the Right-of-Way Agreement, has requested additional reimbursement from the County to defray the cost of the installation of a retaining a wall to offset any lost parking perceived by the Project; and,

WHEREAS, MJR TWO, LLC, a Colorado limited liability company has agreed to the conditions of the attached Agreement.

NOW, THEREFORE, BE IT RESOLVED by the Board of County Commissioners, County of Adams, State of Colorado, that the Agreement with MJR TWO, LLC, a Colorado limited liability company, a copy of which is attached hereto and incorporated herein by this reference, be and hereby is approved.

BE IT FURTHER RESOLVED by the Board of County Commissioners, County of Adams, State of Colorado, that the Chair of the Board of County Commissioners is hereby authorized to execute said Agreement on behalf of Adams County.

Upon motion duly made and seconded the foregoing resolution was adopted by the following vote:

Pace_____ Aye
Nichol_____ Aye
Fischer_____ Aye

                              Commissioners

STATE OF COLORADO           )
County of Adams             )

I, __Karen Long__ , County Clerk and ex-officio Clerk of the Board of County Commissioners in and for the County and State aforesaid do hereby certify that the annexed and foregoing Order is truly copied from the Records of the Proceedings of the Board of County Commissioners for said Adams County, now in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said County, at Brighton, Colorado this 8th day of June, A.D. 2009.

County Clerk and ex-officio Clerk of the Board of County Commissioners
Karen Long:



By: 

Deputy