UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MJR ONE, LLC | ) | Case No. 09-10114 EEB |
| a Colorado Limited Liability Co. | ) | Chapter 11 |
| EIN 01-0789551 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| MJR TWO, LLC | ) | Case No. 09-10115 EEB |
| a Colorado Limited Liability Co. | ) | Chapter 11 |
| EIN 01-0789554 | ) | |
| | ) | **Jointly Administered Under** |
| Debtor. | ) | **Case No. 09-10114 EEB** |

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

THIS MATTER, having come before the Court on the motion of the Debtors for authority to enter into and to sell certain parcels of Real Property owned by the Debtors and to grant Adams County, Colorado certain Temporary Construction Easements; to pay the holder of the first deed of trust on the Real Property from the net proceeds from the sale of the Real Property, to accept the reimbursement from Adams County, Colorado to assist building the retaining wall; and to pay the appropriate quarterly fee owing to the U.S. Trustee program from the proceeds from the sale of the parcels of Real Property; the Court having reviewed the Debtors' motion, the Exhibits attached thereto and its file with respect to this matter; notice of the Debtors' motion having been given pursuant to the requirements of Rule 202 L.R.B.P., no party in interest having objected thereto, or the Court, having received an objection to the Debtor's motion, having convened a hearing in this matter and having made findings of facts and conclusions of law; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Debtors' motion.

THEREFORE, THE COURT ORDERS:

1.     The Debtors' motion is granted.

2.     The Debtors are hereby authorized to enter into the Agreements with Adams County, Colorado.

3.     MJR Two, LLC is hereby authorized to sell two (2) parcels of Real Property to Adams County and to grant Adams County a Temporary Construction Easements and extensions thereto as set forth in the Debtors' motion.

4.     MJR Two, LLC is hereby authorized to pay the net proceeds from the sale of the two parcels of the Real Property to Brooke Banbury, the holder of the first deed of trust on the Real Property.

5.     MJR Two, LLC is hereby authorized to pay the appropriate quarterly fee owing to the U.S. Trustee arising as a result of the sale of the two (2) parcels of Real Property.

6.     MJR Two, LLC is hereby authorized to accept $55,000 from Adams County to assist the Debtor with the construction of a retaining wall.

7.     MJR One, LLC is hereby authorized to grant Adams County a Temporary Construction Easement and Extension thereto as set forth in the Debtors' motion.

8.     The Debtors shall deposit the payment received from Adams County for the Temporary Construction Easements and Extensions thereto in their respective Debtor-in-Possession accounts and shall disburse such funds only upon further order of the Court.

DATED:  July 28, 2009

BY THE COURT:

_____
U.S. Bankruptcy Judge